# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

145544

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 145544
                                        COA: 302398
                                        Wayne CC: 10-005106-FC

ROBERT MCCOWAN,
            Defendant-Appellant.

_____/

      By order of December 5, 2012, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Williams* (Docket No. 144762). On order of the Court, leave to appeal having been denied in *Williams*, 493 Mich 965 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013

p0722



                                     Clerk